In the Matter of SADIE BRATHWAITE, Appellant, against THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

In the Matter of EUGENE PRAITHER, Appellant, against THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

(Submitted April 28, 1936; decided May 19, 1936.)

*Mordecai Konowitz, Philip B. Heller* and *Elias H. Avram* for appellants.

*Martin W. Littleton,* District Attorney (*Philip Huntington* of counsel), for respondent.

In each proceeding, order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.